824

No. 153. DILLEY, ADMINISTRATRIX *v.* CHESAPEAKE & OHIO RAILWAY Co. C. A. 6th Cir. Certiorari denied. *Samuel T. Gaines* for petitioner. *Richard T. Rector* for respondent.

No. 156. BASSI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *James J. Hanrahan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 157. AMERICAN EXPORT LINES, INC. *v.* AMMAR. C. A. 2d Cir. Certiorari denied. *James M. Estabrook* for petitioner. *Herman N. Rabson, Robert Klonsky* and *Philip F. DiCostanzo* for respondent.

No. 158. BOSTON METALS Co. ET AL. *v.* O'HEARNE, DEPUTY COMMISSIONER, FOURTH COMPENSATION DISTRICT, BUREAU OF EMPLOYEES' COMPENSATION, DEPARTMENT OF LABOR. C. A. 4th Cir. Certiorari denied. *Richard C. Whiteford* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for respondent.

No. 160. SMITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Maurice J. Walsh* and *Anna R. Lavin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 162. L. P. STEUART, INC. *v.* MATTHEWS. C. A. D. C. Cir. Certiorari denied. *Joseph S. McCarthy* for petitioner. *Joseph D. Bulman, Sidney M. Goldstein* and *Roscoe A. Faretta* for respondent.